No. 45883.—Protests 47934–K, etc., of Whittaker Clark & Daniels, Inc. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of pumice stone in the form of coarse grains similar to that the subject of Abstract 45298. The claim at one-tenth of one cent per pound under paragraph 206 was therefore sustained.

BEFORE THE SECOND DIVISION, MAY 21, 1941

No. 45884.—Protests 723425–G, etc., of James McCutcheon & Co. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

No. 45885.—Protests 663489–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 45886.—Protests 873331–G, etc., of E. E. Alley Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 22, 1941

No. 45887.—Protests 34190–K, etc., of Strauss-Eckardt Co., Inc., et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 45888.—Petition 6119–R of George Wm. Rueff, Inc., a/c Steel Union-Sheet Piling, Inc. (New Orleans).

Opinion by OLIVER, P. J. The petition was dismissed.

BEFORE THE SECOND DIVISION, MAY 22, 1941

No. 45889.—Protests 544933–G, etc., of Alms & Doepke Co. et al. (Cleveland, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.